UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
JAHI HASANATI, : 10-CV-4911 (ARR) (JMA)
:
Plaintiff, : NOT FOR PRINT OR
: ELECTRONIC
-against- : PUBLICATION
:
UNITED STATES ATTORNEY GENERAL, : MEMORANDUM &
: ORDER
Defendant. :
-------------------------------------------------------------------- X

ROSS, United States District Judge:

By order dated November 3, 2010, the Court granted plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a) and directed plaintiff to file an amended complaint within 30 days. Dkt. No. 4. At the time of filing, plaintiff was incarcerated at Otis Bantum Correctional Center ("OBCC") at Rikers Island. However, based on correspondence filed in another action from the New York City Department of Correction dated November 9, 2010, it appears that plaintiff was released from custody on October 28, 2010. See Hasanati v. Cuomo, 10-CV-4909 (ARR), Dkt. No. 6. By letter dated November 19, 2010, plaintiff informed the Court that he is now being held at the County of Miami Dade: Metrowest Detention Center in Miami, Florida. Dkt. No. 5.

Accordingly, the Clerk of Court is directed to resend the court's November 3, 2010 order to plaintiff at his current address. Plaintiff shall have an additional thirty days from the date of this order to file an amended complaint as directed in the court's November 3, 2010 order. If plaintiff fails to amend his complaint within 30 days as directed by this order, the court shall dismiss this complaint pursuant to 28 U.S.C. § 1915A. The court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from this order would not be taken in good faith and therefore in

1

forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

S/ Judge Ross

_____
Allyne R. Ross
United States District Judge

Dated: December 28, 2010
Brooklyn, New York

**Service List**

        <u>Pro Se Plaintiff</u>:
        Jahi Hasanati
        # 100084246
        Metro West Detention Center
        13850 NW 41st Street
        Miami, FL 33178

cc:    Magistrate Judge Joan M. Azrack